UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

JOHN JUNIOR GORDON,

    Petitioner,    Case No. 1:21-cv-826

v.            Honorable Phillip J. Green

GEORGE STEPHENSON,

    Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner must show cause within 28 days why the petition should not be dismissed as untimely.

Dated: October 19, 2021    /s/ Phillip J. Green
                PHILLIP J. GREEN
                United States Magistrate Judge